IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RAY CABLE, | No. CIV S-06-1279-LKK-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| HOREL, et al., | |
| Respondents. | |
| _____/ | |

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On July 5, 2006, petitioner submitted a letter to the court (Doc. 6), which is construed as motion for extension of time.

       On June 16, 2006, the court directed petitioner to resolve the fee status for this case within 30 days.  Petitioner now seeks an extension of that deadline.  Good cause appearing therefor, the request will be granted.  Petitioner is warned that failure to comply with the court's prior order within the time provided in this order may result in dismissal of this action for lack of prosecution and failure to comply with court orders and rules.  See Local Rule 11-110.

/ / /

/ / /

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1.   Petitioner's letter is construed as a motion for an extension of time and, so construed, is granted; and

2.   Petitioner shall submit, within 30 days from the date of this order, an affidavit in support of a request to proceed in forma pauperis, or the appropriate filing fee.

DATED:  July 18, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2