# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RAY CABLE, | No. CIV S-06-1279-LKK-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| HOREL, et al., | |
|     Respondents. | |
|                               / | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for an extension of time (Doc. 14), filed on September 25, 2006.

      On September 8, 2006, respondents filed a motion to dismiss. Petitioner seeks an extension of time to January 6, 2007, to file an opposition to the motion. Good cause appearing therefor, petitioner's request will be granted, in part. Specifically, the court will grant petitioner a 45-day extension. Petitioner may seek a further extension, if necessary.

///

///

///

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Petitioner's motion for an extension of time is granted; and

3  2. Within 45 days of the date of this order, petitioner may file an opposition
4  to respondents' motion to dismiss.

6  DATED: September 27, 2006.

/s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2